UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cedar Lane Technologies Inc.,

                    Plaintiff,

-against-

Spartan Capital Securities, LLC,

                    Defendant.

25-CV-9535 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff's request to dismiss the case with prejudice is GRANTED.

The initial pre-trial conference is CANCELLED.

The Clerk of Court is respectfully directed to enter judgment of dismissal and close the case.

SO ORDERED.

Dated: January 29, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge